CHRISTOPHER D. DUSSEAULT, SBN 177557
  cdusseault@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for KIMBERLY-CLARK WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNA CHOI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK WORLDWIDE, INC.<br><br>Defendant. | CASE NO. 8:19-CV-00468 DOC (ADSx)<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint served: March 12, 2019<br>Current response date: April 2, 2019<br>New response date: May 2, 2019 |

DEFENDANT KIMBERLY-CLARK WORLDWIDE, INC., pursuant to L.R. 8-3, submits this Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 Days, and respectfully states the following:

1. PLAINTIFF JANNA CHOI commenced this action against DEFENDANT by filing her Complaint with this Court on March 8, 2019.

2. PLAINTIFF served DEFENDANT with a summons and complaint on March 12, 2019.

3. The current deadline for DEFENDANT to respond to the Complaint is April 2, 2019.

1    4.   DEFENDANT and PLAINTIFF'S counsel agreed to a 30-day extension of time for DEFENDANT to respond to the Complaint.  This is DEFENDANT'S first request for an extension.

    ACCORDINGLY, THE PARTIES HEREBY AGREE AS FOLLOWS:

    A.   The due date for DEFENDANT to timely respond to the Complaint shall be extended to May 2, 2019.

    B.   Pursuant to Local Rule 8-3, because the extension period does not exceed 30 days, this stipulation is effective without a Court order.

    C.   By entering into this joint stipulation, neither PLAINTIFF nor DEFENDANT waives or otherwise impairs any claims and/or defenses that may otherwise be available to them (including, without limitation, any and all jurisdictional defenses).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

//

Dated: March 15, 2019                    Respectfully submitted,

                                               GIBSON, DUNN & CRUTCHER LLP


                                               By:  /s/ Christopher D. Dusseault
                                                                Christopher D. Dusseault

                                             Attorney for KIMBERLY-CLARK WORLDWIDE, INC.



                                             BURSOR & FISHER, P.A.


                                             By:  /s/ L. Timothy Fisher
                                                                L. Timothy Fisher

                                             Attorney for JANNA CHOI.


## ATTESTATION

Pursuant to L.R. 5-4.3.4, Christopher D. Dusseault hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: March 15, 2019                    Respectfully submitted,



                                             By:  /s/ Christopher D. Dusseault
                                                                Christopher D. Dusseault