| | |
|---|---|
| 1 | CHRISTOPHER D. DUSSEAULT, SBN 177557 |
|   |   cdusseault@gibsondunn.com |
| 2 | THEANE EVANGELIS, SBN 243570 |
|   |   tevangelis@gibsondunn.com |
| 3 | HEATHER L. RICHARDSON, SBN 246517 |
|   |   hrichardson@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 5 | Los Angeles, CA  90071-3197 |
|   | Telephone:  213.229.7000 |
| 6 | Facsimile:   213.229.7520 |

Attorneys for KIMBERLY-CLARK WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNA CHOI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>KIMBERLY-CLARK WORLDWIDE, INC.,<br><br>        Defendant. | CASE NO. 8:19-CV-00468 DOC (ADSx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO THE COURT AND ALL PARTIES OF RECORD:

    Pursuant to Federal Rule of Civil Procedure 7.1 and Central District of California Civil Local Rule 7.1-1, the undersigned, counsel of record for Defendant Kimberly-Clark Worldwide, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

    Kimberly-Clark Worldwide, Inc. is a wholly-owned subsidiary of the Kimberly-Clark Corporation.  The Kimberly Clark Corporation is a publicly traded company that has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: March 15, 2019

CHRISTOPHER D. DUSSEAULT

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Christopher D. Dusseault
        Christopher D. Dusseault

Attorneys for KIMBERLY-CLARK WORLDWIDE, INC.