| Attorney or Party without Attorney:<br>BURSOR & FISHER, P.A.<br>L. TIMOTHY FISHER (SBN 191626)<br>1990 N. CALIFORNIA BLVD. #940<br>WALNUT CREEK , CA 94596<br>　Telephone No: (925) 300-4455<br>　Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: JANNA CHOI, individually and on behalf of all others similarly situated |
|---|
| Defendant: KIMBERLY-CLARK WORLDWIDE, INC. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-CV-00468-DOC-ADSX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; INITIAL STANDING ORDER; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

3. a. Party served: KIMBERLY-CLARK WORLDWIDE, INC.
   b. Person served: CARLOS PAZ, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS. , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 818 W. 7TH STREET SUITE 930, LOS ANGELES , CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Mar 12 2019 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
   　1202 Howard Street
   　SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



03/13/2019
(Date)　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

3153199
(7586530)