UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNA CHOI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK WORLDWIDE, INC.,<br><br>Defendant. | CASE NO. 8:19-CV-00468 DOC (ADSx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Judge: Hon. David O. Carter<br>Complaint served: March 12, 2019<br>Trial date: None set |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. PLAINTIFF's deadline to file her Opposition to the Motion to Dismiss and Opposition to the Motion to Strike shall be on June 24, 2019.

B. DEFENDANT's deadline to file its Reply In Support of the Motion to Dismiss and Reply In Support of the Motion to Strike shall be on July 15, 2019.

C. The hearing on DEFENDANT's Motion to Dismiss and Motion to Strike shall be noticed for July 29, 2019.

[PROPOSED] ORDER APPROVING STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 8:19-cv-00468-DOC (ADSx)

Gibson, Dunn & Crutcher LLP

D.    By entering into a joint stipulation, neither PLAINTIFF nor DEFENDANT has waived or otherwise impaired jurisdictional defenses.

**IT IS SO ORDERED.**

Dated: _____  By: _____

The Honorable David. O. Carter

UNITED STATES DISTRICT JUDGE

2

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER APPROVING STIPULATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE
CASE NO. 8:19-cv-00468-DOC (ADSx)