**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         ykrivoshey@bursor.com
         breed@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile:  (949) 975-0514
E-Mail: mgr@reichradcliffe.com
         adhoover@reichradcliffe.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNA CHOI and NATASHA PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK WORLDWIDE, INC.,<br><br>Defendant. | Case No. 8:19-cv-00468 DOC-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JANNA CHOI**<br><br>Hon. David O. Carter |

1
2
3
4
5
6
7

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Janna Choi hereby dismisses without prejudice all claims against Defendant Kimberly-Clark Worldwide, Inc. Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.  Therefore, Plaintiff Choi's claims may be dismissed without prejudice and without an order of the Court.  This notice does not in any way affect the claims of Plaintiff Natasha Parker.

8
9

Dated: September 20, 2019            **BURSOR & FISHER, P.A.**

10

By:      */s/ Yeremey Krivoshey*

11
12
13
14
15
16

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
          ykrivoshey@bursor.com
          breed@bursor.com

17
18
19
20
21
22

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile:  (949) 975-0514
E-Mail: mgr@reichradcliffe.com
          adhoover@reichradcliffe.com

23

*Attorneys for Plaintiff*

24
25
26
27
28