**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
         ykrivoshey@bursor.com
         breed@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile:  (949) 975-0514
E-Mail: mgr@reichradcliffe.com
         adhoover@reichradcliffe.com

*Attorneys for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA PARKER and CHRISTINA MILLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY-CLARK WORLDWIDE, INC.,<br><br>Defendant. | Case No. 8:19-cv-00468 DOC-ADS<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. David O. Carter |

IT IS HEREBY STIPULATED among Plaintiffs Natasha Parker and Christina Mills and Defendant Kimberly-Clark Worldwide, Inc. that, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs' claims are hereby dismissed without prejudice. All class claims in the lawsuit are dismissed without prejudice. As Plaintiffs have not moved for class certification and no class has been certified, court approval is not required as to dismissal of any claims asserted on behalf of putative class members. Each party shall bear their/its own costs, expenses, and attorney's fees related to this action.

Dated: February 28, 2020             **BURSOR & FISHER, P.A.**

By:     */s/ Yeremey Krivoshey*

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No. 295032)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          ykrivoshey@bursor.com
          breed@bursor.com

**REICH RADCLIFFE & HOOVER LLP**
Marc G. Reich (State Bar No. 159936)
Adam T. Hoover (State Bar No. 243226)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
E-Mail: mgr@reichradcliffe.com
          adhoover@reichradcliffe.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: February 28, 2020 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: ___/s/ Heather L. Richardson___ |
| | Christopher D. Dusseault (State Bar No. 177557)<br>Theane Evangelis (State Bar No. 243570)<br>Heather L. Richardson (State Bar No. 246517)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br>E-mail: cdusseault@gibsondunn.com<br>           tevangelis@gibsondunn.com<br>           hrichardson@gibsondunn.com |
| | *Attorneys for Defendant* |

**ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from every other signatory of this document.

___/s/ Yeremey Krivoshey___
Yeremey Krivoshey

IT IS SO ORDERED

Date: March 24, 2020

*[signature]*

Hon. David O. Carter